# IN THE SUPREME COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | DUTY ASSIGNMENT | : | No. 476 |
| | SCHEDULE FOR | : | Judicial Administration |
| | EMERGENCY PETITIONS IN | : | Docket |
| | THE YEAR 2017 | : | |

## <u>ORDER</u>

**PER CURIAM:**

**AND NOW**, this 21st day of December, 2016, the emergency duty assignment for the year 2017, is herewith adopted.

| | | |
|---|---|---|
| January | Justice Debra Todd | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| February | Justice Max Baer | (Eastern District) |
| | Justice David Wecht | (Western District) |
| March | Justice Christine Donohue | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| April | Justice Kevin Dougherty | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| May | Justice David Wecht | (Eastern District) |
| | Justice Max Baer | (Western District) |
| June | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| July | Justice Debra Todd | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| August | Justice Max Baer | (Eastern District) |
| | Justice David Wecht | (Western District) |
| September | Justice Christine Donohue | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |

| October | Justice Kevin Dougherty | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| November | Justice David Wecht | (Eastern District) |
| | Justice Max Baer | (Western District) |
| December | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Christine Donohue | (Western District) |